IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RICKY PHILLIPS,** | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| **WINGATE MANAGEMENT** | ) | |
| **COMPANY, LLC,** | ) | State Court of Gwinnett County |
| | ) | Civil Action File |
| DEFENDANT. | ) | No. 22-C-01887-S3 |

## NOTICE OF REMOVAL

**COMES NOW** WINGATE MANAGEMENT COMPANY, LLC (hereinafter "Wingate"), Defendant in the above-styled civil action, and within the time prescribed by law, files this Notice of Removal, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and respectfully shows the Court the following facts:

1.

Plaintiff RICKY PHILLIPS ("Plaintiff") filed a Complaint on March 30, 2022 against Wingate in the State Court of Gwinnett County, Civil Action No. 22-C-01887-S3, which county is within the Atlanta Division of this Court.

2.

Plaintiff's Complaint seeks a sum in excess of $75,000.00 as Plaintiff seeks to recover an amount in excess of $100,000. (Complaint, ¶ 6).

3.

Wingate was served with a copy of the Complaint on April 1, 2022.

4.

Plaintiff is a resident and citizen of Georgia. (Complaint, ¶ 1)

5.

Defendant Wingate is a limited liability company ("LLC"). The sole member of Wingate is The Wingate Companies, LLC. The sole member of The Wingate Companies, LLC is Wingate Holdings, LLC. The sole member of Wingate Holdings, LLC is the Mark S. Schuster Family 2005 Irrevocable Trust, which is a traditional trust. The trustees of the Mark S. Schuster Family 2005 Irrevocable Trust are Mark Schuster, who is domiciled in Florida, and Chuck Bissinger, who is domiciled in Ohio.

6.

This Court has original jurisdiction over this action under the provision of Title 28 of the United States Code Section 1332 as one which may be removed to this Court by Wingate pursuant to the provisions of Title 28 of the United States

Code Section 1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs and is between citizens of different states.

7.

Defendant Wingate shows this Notice of Removal is filed within thirty (30) days from the date it was first served with the Complaint. Therefore, this removal is timely under 28 U.S.C. § 1446(b).

8.

Defendant Wingate attaches hereto copies of all summons, process, pleadings, and orders served upon it in this case, such copies being marked Exhibit "A".

9.

Defendant Wingate has given written notice of the filing of this Notice of Removal to the Plaintiff. Defendant Wingate filed a written notice with the Clerk of the State Court of Gwinnett County, copy of said Notice being marked as Exhibit "B".

**WHEREFORE**, Defendant, Wingate Management Company, LLC, prays the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

- 4 -

Dated this 29th day of April, 2022.

                                **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                     By:    */s/ Lee Clayton*
                              Lee Clayton
                              Georgia State Bar No. 601004
                              Lauren D. Woodrick
                              Georgia State Bar No. 324394
                              ***Attorneys for Defendant***
                              ***Wingate Management Company, LLC***

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Phone:  (404) 874-8800
Fax:  (404) 888-6199
lee.clayton@swiftcurrie.com
lauren.woodrick@swiftcurrie.com

## 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to L.R. 5.1(C).

This 29th day of April, 2022.

           **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        By: */s/ Lee Clayton*
           Lee Clayton
           Georgia State Bar No. 601004
           ***Attorney for Defendant***
           ***Wingate Management Company, LLC***

The Peachtree - Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA  30309
Phone:  (404) 874-8800
Fax:  (404) 888-6199
lee.clayton@swiftcurrie.com

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court via the Court's electronic filing system which electronically serves a copy of same upon all parties of record as follows:

Isaac Tekie<br>
Thomas Reynolds<br>
Reynolds Law Group, LLC<br>
3390 Peachtree Road<br>
Suite 1100<br>
Atlanta, GA 30326<br>
itekie@thomasreynoldslaw.com<br>
treynolds@thomasreynoldslaw.com

Dated this 29th day of April 2022.

                                **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                By:   */s/ Lee Clayton*
                                         Lee Clayton, Esq.
                                         Georgia State Bar No. 601004
                                         ***Attorney for Defendant***
                                         ***Wingate Management Company, LLC***

The Peachtree - Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA  30309
Phone:  (404) 874-8800
Fax:  (404) 888-6199
lee.clayton@swiftcurrie.com