# EXHIBIT A

Case 1:22-cv-01695-VMC   Document 1-1   Filed 04/29/22   Page 2 of 12

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-01887-S3**
**3/30/2022 8:50 PM**
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of GWINNETT County

**For Clerk Use Only**

Date Filed _____   Case Number _____
MM-DD-YYYY

22-C-01887-S3

**Plaintiff(s)**
PHILLIPS, RICKY
Last / First / Middle I. / Suffix / Prefix

**Defendant(s)**
WINGATE MANAGEMENT COMPANY LLC
Last / First / Middle I. / Suffix / Prefix

Plaintiff's Attorney: THOMAS E. REYNOLDS, JR.   Bar Number: 778864   Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number       Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. N/A
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
NO

Version 1.1.18

Case 1:22-cv-01695-VMC   Document 1-1   Filed 04/29/22   Page 3 of 12

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-01887-S3**
**3/30/2022 8:50 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **RICKY PHILLIPS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 22-C-01887-S3 |
| **WINGATE MANAGEMENT COMPANY, LLC** | ) ) ) |
| Defendant. | ) ) |

## **COMPLAINT**

COMES NOW, Ricky Phillips, Plaintiff in the above-styled action, and files this, his Complaint for Damages, showing the Court as follows:

1.

Plaintiff is and has been, at all times pertinent to this action, a resident of the State of Georgia.

2.

Defendant Wingate Management Company, LLC (hereinafter "Wingate") is a foreign limited liability corporation, that exists under the laws of the State of Georgia. Wingate lists its principal office as 100 Wells Avenue, Newton, Massachusetts 02459. Defendant Wingate is subject to the jurisdiction of this Court and may be served with a summons and a copy of the Complaint for Damages through its registered agent for service of process, CT Corporation System, who is located at 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046.

3.

This Court has jurisdiction over the subject matter of this action and venue is properly laid herein as to Defendants.

## BACKGROUND

4.

Plaintiff adopts and incorporates by reference paragraphs 1 through 3 of his Complaint for Damages as if set forth fully herein.

5.

During all times relevant to the incident which forms the subject matter of Plaintiff's complaint for Damages, Defendant Wingate owned and managed an apartment complex known as "The Village of Bedford Pines Apartments" (hereinafter "the subject premises") located at 461 Boulevard NE, Atlanta, Georgia 30308.

6.

On or about June 30, 2020, Plaintiff was lawfully upon the premises of the Bedford Pines Apartments as an invitee. His mother was the lessee of an apartment unit in the complex. Unfortunately, on that date, Plaintiff was randomly shot by a person or persons wielding a gun. Plaintiff was ultimately shot multiple times. As a result of the shooting, Plaintiff has sustained catastrophic and permanent injuries and incurred special damages including, medical expenses in excess of $100,000.

7.

The tragic shooting incident and catastrophic injury of Plaintiff should not have come as a surprise to the Defendants. According to incident logs held by the Atlanta Police Department, a significant number of crimes were committed either on the premises of the Bedford Pines, on its approaches or in the immediate vicinity. Defendant knew, or in the exercise of reasonable care, should have known of said prior crimes.

8.

Despite their knowledge of the significant number of violent and other similar crimes that occurred on the subject premises or in the immediate vicinity, the Defendant negligently failed to take any action whatsoever to provide reasonable and adequate security.

9.

Not only did the Defendant fail to take action to provide reasonable and adequate security at the Bedford Pines Apartments. They also failed to warn the tenants, guests and other business invitees of the prevalence of criminal activity on the subject premises and in the immediate vicinity.

10.

Mr. Phillips continues to have significant pain and discomfort related to his gunshot wound and subsequent surgery and will likely continue to do so in the future.

## **CLAIMS**

11.

Plaintiff adopts and incorporates by reference paragraphs 1 through 10 of his Complaint for Damages as if said paragraphs are set forth fully herein with respect to Count I of his Complaint for Damages.

12.

Defendant had a duty to provide reasonable, adequate, and sufficient security, personnel and/or to otherwise take appropriate steps to ensure the safety and protection of their invitees on the premises of Bedford Pines.

13.

As a direct and proximate result of the foregoing, Mr. Phillips suffered loss of the enjoyment of life to the extent previously enjoyed by Plaintiff.

14.

As a direct and proximate result of Defendant Wingate's conduct, Plaintiff was assaulted, battered, and otherwise victimized while on the premises, causing severe injuries to Plaintiff.

15.

As a direct and proximate result of the foregoing, Plaintiff experienced pain and suffering and will continue to experience pain and suffering in the future.

16.

As a direct and proximate result of the foregoing, Mr. Phillips incurred the expenses of reasonable and necessary medical, rehabilitative, and other care, treatment and services.

17.

As a direct and proximate result of the foregoing, Plaintiff sustained special and general damages in an amount in excess of $100,000.

18.

As a direct and proximate result of the foregoing, Plaintiff suffered damages to the extent he has incurred attorney's fees and expenses and will incur future attorney's fees and expenses that are presently undetermined. Plaintiff is entitled to an award thereof and reserves the right to amend this Complaint when such attorney's fees and expenses are ascertained.

## COUNT I

## LIABILITY OF DEFENDANT WINGATE MANAGEMENT, LLC, LLC UNDER O.C.G.A. § 51-3-1

19.

Plaintiff adopts and incorporates by reference paragraphs 1 through 18 of his Complaint for Damages as if said paragraphs are set forth fully herein with respect to Count I of his Complaint for Damages.

20.

At all times material to the incident which forms the basis of Plaintiff's Complaint for Damages, Defendant Wingate owned The Village of Bedford Pines Apartments property. As the owner of the premises, Defendant Wingate owed a non-delegable duty under O.C.G.A. § 51-3-1 to maintain said premises in a condition that was safe for its tenants, their guests and other business invitees, including but not limited to reasonable and adequate security.

21.

Despite its knowledge of the prevalence of violent and other criminal activity on its premises, Defendant Wingate negligently failed to provide security that was adequate to protect its tenants, their guests, and other invitees like Plaintiff.

22.

As an actual and proximate consequence of Defendant Wingate's failure to provide reasonable and adequate security, Plaintiff was assaulted and shot and sustained catastrophic injuries to his body. Plaintiff also incurred special damages, including medical expenses in excess of $100,000.

## COUNT II

## NEGLIGENCE OF DEFENDANT WINGATE MANAGEMENT PROPERTIES, LLC UNDER O.C.G.A. § 51-3-1

23.

Plaintiff adopts and incorporates by reference paragraphs 1 through 22 of his Complaint for Damages as if said paragraphs are set forth fully herein with respect to Count I of his Complaint for Damages.

24.

Despite its knowledge of the prevalence of violent and other criminal activity on the subject premises, Defendant Wingate negligently failed to provide security that was reasonable and adequate to protect tenants, their guests and other invitees like Plaintiff.

## COUNT III

## PUNITIVE DAMAGES

24.

Plaintiff adopts and incorporates by reference paragraphs 1 through 23 of his Complaint for Damages as if said paragraphs are set forth fully herein with respect to Count III of his Complaint for Damages.

25.

The conduct of the Defendant as described herein was willful, wanton and demonstrated a conscious disregard for the consequences to others like Plaintiff. Accordingly, Plaintiff is entitled to recover punitive damages in an amount sufficient to deter the Defendants from such conduct in the future.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays for the following relief:

(1)    that a summons and a copy of the Complaint for Damages be served upon the Defendant;

(2)    a trial by jury of twelve persons as to each and every appropriate issue;

(3)    a judgment against the Defendant;

(4)    an award of punitive damages in an amount sufficient to deter the Defendant from such conduct in the future;

(5)    reasonable attorney's fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11 and O.C.G.A § 9-11-68;

(6)    that all costs of this action be cast against the Defendants; and

(7)    any and all such further relief as the Court may deem just and appropriate.

This 30th day of March, 2022.

**REYNOLDS LAW GROUP, LLC**

*Isaac Tekie*
Isaac Tekie
Georgia Bar No.: 558190
Thomas Reynolds
Georgia Bar No.: 778864
*Attorneys for Plaintiff*

3390 Peachtree Road
Suite 1100
Tel: 888.665.0241
Fax: 888.677.1453
itekie@thomasreynoldslaw.com
treynolds@thomasreynoldslaw.com

7

Case 1:22-cv-01695-VMC Document 1-1 Filed 04/29/22 Page 10 of 12

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-01887-S3**
**3/30/2022 8:50 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Ricky Phillips**

3390 Peachtree Road, NE Suite 1100

**Atlanta, GA 30326**

CIVIL ACTION NUMBER: 22-C-01887-S3

PLAINTIFF

VS.

**Wingate Management Company, LLC**

**c/o CT Corporation System**

289 S. Culver Street, Lawrenceville, GA 30046

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Thomas Reynolds, Jr.
Reynolds Law Group
3390 Peachtree Road NE Suite 1100
Atlanta, GA 30326

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.

31st day of March, 2022

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-01887-S3**
**4/6/2022 1:50 PM**
**TIANA P. GARNER, CLERK**

## AFFIDAVIT OF SERVICE

| Case: 22-C-01887-S3 | Court: IN THE STATE COURT OF GWINNETT COUNTY | County: GWINNETT | Job: 6895846 |
|---|---|---|---|
| **Plaintiff / Petitioner:** RICKY PHILLIPS | | **Defendant / Respondent:** WINGATE MANAGEMENT COMPANY LLC | |
| **Received by:** LEOPOLD RUDDOCK | | **For:** REYNOLDS LAW GROUP LLC | |
| **To be served upon:** WINGATE MANAGMENT COMPANY LLC | | | |

I, LEOPOLD RUDDOCK, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** WINGATE MANAGMENT COMPANY LLC, COMPANY: 289 S CULVER STREET, LAWRENCEVILLE, GA 30046
**Manner of Service:** Registered Agent, Apr 1, 2022, 11:55 am EDT
**Documents:** SUMMONS, COMPLAINT, CASE FILING INFORMATION FORM (Received Apr 1, 2022 at 12:00am EDT)

**Additional Comments:**
1) Successful Attempt: Apr 1, 2022, 11:55 am EDT at COMPANY: 289 S CULVER STREET, LAWRENCEVILLE, GA 30046 received by WINGATE MANAGMENT COMPANY LLC. Age: 60+; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'3"; Hair: Black; Other: SERVED LINDA BANKS;
Served

_____  4/3/22
LEOPOLD RUDDOCK        Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

4/3/22          10-12-2025
Date            Commission Expires

Case 1:22-cv-01695-VMC   Document 1-1   Filed 04/29/22   Page 12 of 12

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-01887-S3**
**4/6/2022 2:43 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **RICKY PHILLIPS,** | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 22-C-01887-S3 |
| vs. | ) |
| **WINGATE MANAGEMENT COMPANY, LLC**, | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE OF COUNSEL THOMAS REYNOLDS

COMES NOW, THOMAS REYNOLDS, attorney in good standing and admitted to practice in this Honorable Court, and reserving all rights and defenses, hereby enter my appearance as counsel of record for Ricky Phillips, Plaintiff in the above-styled case. The undersigned requests that service copies of all pleadings and other notices be furnished to him at the email address listed below.

Date: April 6, 2022

**REYNOLDS LAW GROUP, LLC**

/s/ *Thomas Reynolds*
Thomas Reynolds
GA BAR# 778864

3390 Peachtree Road NE,
Suite 1100
Atlanta, GA 30326
treynolds@thomasreynoldslaw.com
(888) 665-0241 (Phone)
(888) 677-1453 (Fax)