# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RICKY PHILLIPS,** ) | |
| ) | |
| **PLAINTIFF,** ) | **CIVIL ACTION FILE NO.** |
| ) | |
| ) | **1:22-cv-01695-VMC** |
| **v.** ) | |
| ) | |
| **WINGATE MANAGEMENT** ) | |
| **COMPANY, LLC,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to N.D.Ga. Local Rule 5.4, I hereby certify that I have this day electronically filed with the Clerk of Court using the CM/ECF system this Certificate of Service of Discovery for the following document:

1. Amended Cross-Notice of Deposition of Wayne Joseph Caffey

I further certify that a copy of the above-listed document has been served upon all parties to this action via electronic mail and addressed to counsel of record as follows:

Lee Clayton, Esq.
Lauren Woodrick, Esq.
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree St NE #800
Atlanta, GA 30309
Lee.Clayton@swiftcurrie.com
Lauren.Woodrick@swiftcurrie.com

Jackson Dial, Esq.
Melissa Peeler, Esq.
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, Georgia 30326
mpeeler@wwhgd.com
jdial@wwhgd.com

Isaac Tekie
Thomas Reynolds
Reynolds Law Group, LLC
3390 Peachtree Road
Suite 1100
Atlanta, Georgia 30326
itekie@thomasreynoldslaw.com
treynolds@thomasreynoldslaw.com

Respectfully submitted this 21st day October, 2024.

/s/ David H. Bouchard
David H. Bouchard
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30303
Phone: 404-658-9070
Fax: 404-688-0649
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on today's date I electronically filed a copy of the foregoing pleading with the Clerk of the United States District Court for the Northern District of Georgia using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys and/or other individuals listed below:

Lee Clayton, Esq.
Lauren Woodrick, Esq.
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree St NE #800
Atlanta, GA 30309
Lee.Clayton@swiftcurrie.com
Lauren.Woodrick@swiftcurrie.com

Jackson Dial, Esq.
Melissa Peeler, Esq.
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, Georgia 30326
mpeeler@wwhgd.com
jdial@wwhgd.com

Isaac Tekie
Thomas Reynolds
Reynolds Law Group, LLC
3390 Peachtree Road
Suite 1100
Atlanta, Georgia 30326
itekie@thomasreynoldslaw.com
treynolds@thomasreynoldslaw.com

Respectfully submitted this 21st day of October, 2024.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30303
Phone: 404-658-9070
Fax: 404-688-0649
*Attorney for Plaintiff*